IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THOMAS BROTHERTON                                                         PLAINTIFF

v.                          No. 4:12-cv-534-DPM

JAY HILL, Individually and in His
Official Capacity; and DAVID
DONHAM, Individually and in His
Official Capacity                                                        DEFENDANTS

JUDGMENT

Brotherton's complaint is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*4 September 2014*